IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THOMAS W. SPAUDE AND ANGELA M. SPAUDE, INDIVIDUALLY AND AS CO-TRUSTEES OF THE THOMAS W. SPAUDE AND ANGELA M. SPAUDE TRUST DATED JULY 9, 2003, *et al.*, | ) CASE NO. 1:17-cv-02120 ) ) JUDGE DONALD C. NUGENT ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PHILLIPS MURRAH, P.C. AND THOMAS WOLFE, *et al.* | ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT, CERTIFICATION OF CLASS
AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

Plaintiffs and proposed class representatives Thomas W. Spaude and Angela M. Spaude, Individually and as Co-Trustees of the Thomas W. Spaude and Angela M. Spaude Trust dated July 9, 2003, and Dennis C. Macieski, Individually and as Trustee of the Macieski CRNA PC 401(K), by and through undersigned counsel, respectfully move this Court for entry of an Order (1) granting preliminary approval of class settlement pursuant to the Settlement Agreement submitted herewith; (2) approving the proposed Notice to the Class and the method for dissemination of the Notice as set forth in the attached Memorandum of Law and Settlement Agreement, (3) certifying the proposed Class for settlement purposes only; (4) appointing Thomas W. Spaude and Angela M. Spaude, Individually and as Co-Trustees of the Thomas W. Spaude and Angela M. Spaude Trust dated July 9, 2003, and Dennis C. Macieski, Individually and as Trustee of the Macieski CRNA PC 401(K) as class representatives for settlement purposes only; (5) appointing the law firms of Shindler Anderson Goplerud & Weese P.C., Peiffer Wolf Carr & Kane, A Professional

Law Corporation, and Rosca Law, LLC as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g); and (6) scheduling a Final Fairness Hearing to consider entry of a final order approving the settlement and the request for attorneys' fees, costs, and expenses, and Plaintiff's incentive awards.

WHEREFORE, based on the foregoing, and the Memorandum of Law filed contemporaneously with this Motion, Plaintiffs respectfully request that the Court grant their Motion together with such other and further relief as it shall deem just and proper.

Dated:  December 28, 2018

/s/ James P. Booker
Lydia Floyd
James P. Booker
PEIFFER WOLF CARR & KANE
A PROFESSIONAL LAW CORPORATION
1422 Euclid Avenue, Suite 1610
Cleveland, Ohio 44115
Telephone:  (216) 589-9280
Facsimile:  (216) 916-9220
E-Mail: lfloyd@pwcklegal.com
          jbooker@pwcklegal.com


SHINDLER ANDERSON GOPLERUD & WEESE P.C.
J. Barton Goplerud (*pro hac vice*)
Brian O. Marty (*pro hac vice*)
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone:  (515) 223-4567
Facsimile:  (515) 2223-8887
E-Mail:  goplerud@sagwlaw.com
           marty@sagwlaw.com


ROSCALAW LLC
Alan L. Rosca
23250 Chagrin Blvd., Suite 100
Beachwood, OH 44122
Telephone: (216) 242-6460
Facsimile: (888) 411-0038

3

Email: arosca@roscalaw.com

*Counsel for Plaintiffs*

Case: 1:17-cv-02120-DCN Doc #: 21 Filed: 12/28/18 3 of 4. PageID #: 218

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2018, a copy of this motion was served via the Court's ECF system.

December 28, 2018                  /s/ *James P. Booker*
                                           James P. Booker
                                           **PEIFFER WOLF CARR & KANE**,
                                           A Professional Law Corporation