IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THOMAS W. SPAUDE AND ANGELA M. SPAUDE, INDIVIDUALLY AND AS CO-TRUSTEES OF THE THOMAS W. SPAUDE AND ANGELA M. SPAUDE TRUST DATED JULY 9, 2003, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PHILLIPS MURRAH, P.C. AND THOMAS WOLFE, *et al.* <br><br> Defendants. | CASE NO. 1:17-cv-02120 <br><br> JUDGE DONALD C. NUGENT |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CERTIFICATION OF CLASS

Plaintiffs and proposed class representatives Thomas W. Spaude and Angela M. Spaude, Individually and as Co-Trustees of the Thomas W. Spaude and Angela M. Spaude Trust dated July 9, 2003, and Dennis C. Macieski, Individually and as Trustee of the Macieski CRNA PC 401(K), by and through undersigned counsel, respectfully move this Court for entry of an Order, in substantially the form of the proposed order attached, (1) granting final approval of the proposed Settlement and (2) certifying the Settlement Class for the reasons set forth in the accompanying memorandum of law in support of the instant motion, which is being contemporaneously filed alongside this motion.

WHEREFORE, based on the foregoing, and the Memorandum of Law filed contemporaneously with this Motion, Plaintiffs respectfully request that the Court grant their Motion together with such other and further relief as it shall deem just and proper.

Dated: March 29, 2019	/s/ James P. Booker
Lydia Floyd
James P. Booker
PEIFFER WOLF CARR & KANE
A PROFESSIONAL LAW CORPORATION
1422 Euclid Avenue, Suite 1610
Cleveland, Ohio 44115
Telephone: (216) 589-9280
Facsimile: (216) 916-9220
E-Mail: lfloyd@pwcklegal.com
       jbooker@pwcklegal.com


SHINDLER ANDERSON GOPLERUD &
WEESE P.C.
J. Barton Goplerud (*pro hac vice*)
Brian O. Marty (*pro hac vice*)
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: (515) 223-4567
Facsimile: (515) 2223-8887
E-Mail: goplerud@sagwlaw.com
      marty@sagwlaw.com


ROSCALAW LLC
Alan L. Rosca
23250 Chagrin Blvd., Suite 100
Beachwood, OH 44122
Telephone: (216) 242-6460
Facsimile: (888) 411-0038
Email: arosca@roscalaw.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2019, a copy of this motion was served via the Court's ECF system.

March 29, 2019                        /s/ *James P. Booker*
                                           James P. Booker
                                           **PEIFFER WOLF CARR & KANE**,
                                           A Professional Law Corporation